1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JASON K. AXE
4 Assistant United States Attorney
California Bar Number 187101
5 JOANNA HULL
Assistant United States Attorney
6 California Bar Number 227153
KRISTEN M. LEE
7 Assistant United States Attorney
California Bar Number 239464
8        Federal Building, Suite 7516
        300 North Los Angeles Street
9        Los Angeles, California 90012
        Telephone:   (213) 894-8827/6585/0332
10       Facsimile:   (213) 894-7819
        E-mail: Jason.Axe@usdoj.gov
11               Joanna.Hull@usdoj.gov
               Kristen.Lee@usdoj.gov
12 Attorneys for Defendant
United States Postal Service

JS - 6

13

14                  UNITED STATES DISTRICT COURT

15            FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                        SOUTHERN DIVISION

17 ROBERT NIGG AND KEITH          No. SACV 03-1611 JVS (ANx)
   LEWIS, et al.,
18                                **JUDGMENT**
                 Plaintiffs,
19
            v.
20
   UNITED STATES POSTAL
21 SERVICE,

22               Defendant.

23

24      This matter came on for trial without a jury on January 6, 10, 11, and 12

25 2012, before the Honorable James V. Selna, District Judge.  The matter having

26 been duly tried, the Court having heard all the testimony and considered all

27 admissible evidence, as well as the arguments of counsel and their respective

28 proposed Findings of Fact and Conclusions of Law, the Court has now issued its

Findings of Fact and Conclusions of Law.  After reviewing all of the evidence in this matter and findings of fact and conclusions of law having been rendered,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in favor of defendant United States Postal Service.  Plaintiffs are not entitled to any of their requested relief.

IT IS SO ORDERED.

DATED: January 25, 2012

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ  BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL
Assistant United States Attorney
KRISTEN M. LEE
Assistant United States Attorney


 /s/ Jason K. Axe
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States Postal Service


**Approved as to Form:**

OSBORN LAW, P.C.


 /s/ Daniel A. Osborn
          per email authorization
DANIEL A. OSBORN, ESQ.
Attorneys for Plaintiffs

Nigg v. USPS - [Proposed] Judgment - 343_mtd.wpd

-2-